IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV218-H

| | |
|---|---|
| **GARDEN CITY BOXING CLUB, INC.**, as Broadcast Licensee of the **May 3, 2003 DeLaHoya/Campas** Program, | ) ) ) ) ) |
| **Plaintiff**, | ) ) |
| v. | ) ) |
| "**JOHN DOE**", said name being fictitious, the true name being unknown to Plaintiff, Individually and as an officer, director, shareholder and/or principal of **ZAPATAS OF CORNELIUS, INC.** and **ZAPATAS CANTINA OF CORNELIUS, INC. d/b/a CANTINA ZAPATAS MEXICAN RESTAURANT a/k/a CANTINA ZAPATAS, and ZAPATAS OF CORNELIUS, INC.** and **ZAPATAS CANTINA OF CORNELIUS, INC. d/b/a CANTINA ZAPATAS MEXICAN RESTAURANT a/k/a CANTINA ZAPATAS**; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) **O R D E R** |
| **Defendants**. | ) ) |

**THIS MATTER** is before the Court on Plaintiff's "Motion For Leave To Appeaar Pro Hac Vice", on behalf of Wayne D. Lonstein of Lonstein Law Office, P.C., 1 Terrace Hill, P.O. Box 351, Ellenville, New York 12428. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

**Signed: May 18, 2005**

*Carl Horn, III*
_____

Carl Horn, III
United States Magistrate Judge