IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV218-H

| | |
|---|---|
| **GARDEN CITY BOXING CLUB, INC.,** )<br>as Broadcast Licensee of the )<br>**May 3, 2003 DeLaHoya/Campas** )<br>Program, )<br> )<br>        **Plaintiff,** )<br> )<br>        v. )<br> )<br>**"JOHN DOE"**, said name being )<br>fictitious, the true name being )<br>unknown to Plaintiff, Individually )<br>and as an officer, director, )<br>shareholder and/or principal of )<br>**ZAPATAS OF CORNELIUS, INC.** and )<br>**ZAPATAS CANTINA OF CORNELIUS,** )<br>**INC. d/b/a CANTINA ZAPATAS** )<br>**MEXICAN RESTAURANT a/k/a CANTINA** )<br>**ZAPATAS,** and **ZAPATAS OF CORNELIUS,** )<br>**INC.** and **ZAPATAS CANTINA OF** )<br>**CORNELIUS, INC. d/b/a CANTINA** )<br>**ZAPATAS MEXICAN RESTAURANT a/k/a** )<br>**CANTINA ZAPATAS;** )<br> )<br>        **Defendants.** )<br>_____ | **O R D E R** |

**THIS MATTER** is before the Court on Plaintiff's "Motion For Leave To Appeaar Pro Hac Vice", on behalf of Wayne D. Lonstein of Lonstein Law Office, P.C., 1 Terrace Hill, P.O. Box 351, Ellenville, New York 12428.  For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

**Signed: May 18, 2005**

_____

Carl Horn, III
United States Magistrate Judge