
RECEIVED
CHARLOTTE, N.C.

JUL 2005

Clerk, U.S. Dist. Court
W. Dist. of N. C.

ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas** Program

              Plaintiff,

-against-

**HECTOR BRAMBILA**, Individually and as an officer, director, shareholder and/or principal of ZAPATAS OF CORNELIUS, INC. and ZAPATAS CANTINA OF CORNELIUS, INC. d/b/a CANTINA ZAPATAS MEXICAN RESTAURANT a/k/a CANTINA ZAPATAS, and ZAPATAS OF CORNELIUS, INC. and ZAPATAS CANTINA OF CORNELIUS, INC. d/b/a CANTINA ZAPATAS MEXICAN RESTAURANT a/k/a CANTINA ZAPATAS;

              Defendants.

**ORDER FOR DISMISSAL**

Civil Action No. 3:05-CV-218-H
Honorable Carl Horn, III

---

Considering Plaintiff's Motion to Dismiss, the arguments, exhibits and authorities in support thereof and the opposition thereto, if any, and good cause having been shown, it is hereby

ORDERED, that Plaintiff's Motion to Dismiss be GRANTED with prejudice and without costs to either party, pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure.

SO ORDERED this 18th day of July, 2005.

_____
HON. CARL HORN III
UNITED STATES MAGISTRATE JUDGE